**FINANCIAL INSTITUTIONS WHO HAVE FILED AGREEMENTS TO BE APPROVED
AS A DEPOSITORY OF TRUST ACCOUNTS AND TO PROVIDE DISHONORED CHECK REPORTS IN
<u>ACCORDANCE WITH RULE 221, Pa.R.D.E.</u>**

**<u>New</u>**

**<u>Name Change</u>**

364 Huntingdon Valley Bank – Change to 174 First Citizens Community Bank
636 Noah Bank – Change to 596 Bank of Princeton (The)
386 Malvern Bank, NA – Change to 643 First Bank

**<u>Platinum Leader Change</u>**

**<u>Correction</u>**

**<u>Removal</u>**

July 2023